IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| v. | ) Case Nos. 1:09-CV-8032-VEH-TMP |
| | )            1:08-CR-203-VEH-TMP |
| CHARLES BERNARD HOBDY, | ) |
| | ) |
| Defendant/Movant | ) |

**O R D E R**

On July 16, 2010, the magistrate judge filed his report and recommendation in the above-styled cause, recommending that this motion filed pursuant to 28 U.S.C. § 2255 be denied. No objections have been filed.

Having now carefully reviewed and considered *de novo* all the materials in the court file, including the report and recommendation, the Court is of the opinion that the report is due to be and hereby is **ADOPTED**, and the recommendation is **ACCEPTED**. Consequently, the motion filed pursuant to 28 U.S.C. § 2255 in the above-styled cause is due to be and the same is hereby **DENIED**.

**DONE** and **ORDERED** this the 16th day of August, 2010.

*/s/ Virginia Emerson Hopkins*

**VIRGINIA EMERSON HOPKINS**
United States District Judge